IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHAWNTE HOLLINS,

    Petitioner,

v.

                                                        Case No. 2:04-cv-1083
                                                        Crim. No. 2:03-cr-049(1)
                                                        JUDGE SARGUS
                                                        Magistrate Judge ABEL

UNITED STATES OF AMERICA,
    Respondent.

## OPINION AND ORDER

On August 19, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

                                                                       EDMUND A. SARGUS, JR.
                                                                       United States District Judge